# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Waldor, Cathy L. | US District Court, New Jersey | 06/17/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

US District Court
50 Walnut Street
MLK Building
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Rex Vinegar salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BB&T Capital Trust Pref Securities 8.1%, due 11/1/69 | C | Interest | | | Redeemed | 07/18/12 | J | A | |
| 2. | Coca-Cola | B | Dividend | | | Sold | 07/25/12 | J | D | |
| 3. | Comcast Corp unsecured notes Ser B 7% | D | Interest | | | Redeemed | 04/20/12 | K | A | |
| 4. | Cubesmart 7.75% | A | Interest | | | Sold | 07/25/12 | J | A | |
| 5. | CVS Caremark Corp | B | Dividend | | | Sold | 07/25/12 | J | C | |
| 6. | Walt Disney | A | Dividend | | | Sold | 07/25/12 | J | C | |
| 7. | Endurance Specialty Hldg 7.5% | A | Interest | | | Sold | 07/25/12 | J | A | |
| 8. | First Republic Bank 6.7% | B | Interest | | | Sold | 07/25/12 | K | B | |
| 9. | Franklin Income Fund | B | Dividend | L | T | | | | | |
| 10. | Richard Bernstein Advisors Quality Inc Port Ser 2 | A | Dividend | K | T | | | | | |
| 11. | Jersey City NJ Qualified Pub Impt 5%, Sep01 21 | B | Interest | | | Sold | 09/04/12 | K | B | |
| 12. | Mainstay High Yield Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 13. | Market Vectors ETF Tr Gold Miners | A | Dividend | J | T | | | | | |
| 14. | MetLife Series L VA | A | Int./Div. | | | Sold | 07/25/12 | J | A | |
| 15. | ML Bank Deposit Program | A | Interest | | | Sold | 04/18/12 | J | A | |
| 16. | NJ Building Authority Rev 4.125% June15 21 | B | Interest | | | Sold | 09/04/12 | K | A | |
| 17. | NJ Economic Dev Auth Rev 5% Sep01 15 | A | Interest | | | Sold | 09/04/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NJ Environmental Infrastructure 4.375% Sept01 22 | B | Interest | | | Sold | 09/04/12 | J | A | |
| 19. NJ St Edl Rev Princeton 4.5% Jul01 30 | B | Interest | | | Sold | 09/04/12 | K | B | |
| 20. NJ ST Higher Ed Student LN Rev 4.25% June01 16 | B | Interest | K | T | | | | | |
| 21. NJ Wtr Supply RV Manasquan 5% Aug01 19 | B | Interest | | | Sold | 09/04/12 | J | A | |
| 22. Nuveen Adv Muni PFD shares 2.95% Ser 2014 | B | Interest | L | T | | | | | |
| 23. PNC Capital Trust PFD Securities 7.75% Mar 15 2068 | B | Interest | | | Redeemed | 07/30/12 | K | A | |
| 24. Protective Life Corp Senior Unsecured Notes 8% | B | Interest | | | Sold | 07/25/12 | K | C | |
| 25. Prudential Financial Junior Subordinated Note 9% | A | Interest | | | Sold | 07/25/12 | J | A | |
| 26. Rydex SGI Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 27. Vornado Rlty Senior Unsecured Notes 7.875% | B | Interest | K | T | | | | | |
| 28. Bank of America Non-Cumulative Pref Security 8.625% (Y) | | | | | | | | | |
| 29. BAC Mkt Link Step Up S&P 500 due April 27 2012 (Y) | | | | | | | | | |
| 30. Chesapeake Energy Okla (Y) | | | | | | | | | |
| 31. Chubb Corp (Y) | | | | | | | | | |
| 32. Deutsche Bk Capital FDG Trust 7.35%(Y) | | | | | | | | | |
| 33. Public Storage Series P 6.5% (Y) | | | | | | | | | |
| 34. Progress Energy (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kraft Foods Inc (Y) | | | | | | | | | |
| 36. Woodbridge TWP NJ GEN IMPT 4% 2/1/2017 (Y) | | | | | | | | | |
| 37. Deutsche Bank Capital FDG Trust 7.35% (Y) | | | | | | | | | |
| 38. Felcor Lodging Trust Tex REIT (Y) | | | | | | | | | |
| 39. Kilroy Realty Corp REIT (Y) | | | | | | | | | |
| 40. Montpelier Holdings Ltd stock (Y) | | | | | | | | | |
| 41. MSFT Stars Issuer BAC (Y) | | | | | | | | | |
| 42. Pfizer (Y) | | | | | | | | | |
| 43. PPL Corporation (Y) | | | | | | | | | |
| 44. Bank of America Corp (Y) | | | | | | | | | |
| 45. Blackrock Basic Value Fund (Y) | | | | | | | | | |
| 46. Franklin Mutual Global Discovery Fund (Y) | | | | | | | | | |
| 47. ISA Compass Bank | A | Interest | | | Sold | 04/27/12 | J | A | |
| 48. ML Bank Deposit Program | A | Interest | | | Sold | 04/27/12 | J | A | |
| 49. Templeton Income Fund (Y) | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. Davis Advisors LC Rel Value Managed Account (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Agilent Technologies Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 53. - Amer Express Co | A | Dividend | | | Sold | 07/30/12 | J | B | |
| 54. - Ameriprise Financial | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 55. - Bank of NY Mellon Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 56. - Baxter International | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 57. - Becton Dickinson Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 58. - Bed Bath & Beyond | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 59. - Berkshire Hathaway CL B | A | Dividend | | | Sold | 07/25/12 | J | C | |
| 60. - Canadian Natural Res | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 61. - Coca Cola | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 62. - Costco | A | Dividend | | | Sold | 07/25/12 | J | D | |
| 63. - CVS Caremark | A | Dividend | | | Sold | 07/25/12 | J | C | |
| 64. - Devon Energy Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 65. - Diageo Plc ADR | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 66. - Disney Co. | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 67. - EOG Resources Inc | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 68. - Express Scripts Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Google Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 70. - Grupo Televisa SA ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 71. - Harley Davidson Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 72. - Hewlett Packard Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 73. - Iron Mountain Inc | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 74. - ISA CIT Bank | A | Interest | | | Sold | 04/18/12 | J | A | |
| 75. - iShares Russell 1000 Index Fund | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 76. - Johnson & Johnson | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 77. - Kraft Foods Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 78. - Lockheed Martin Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 79. - Loews Corp | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 80. - Merck and Co | A | Dividend | | | Sold | 06/08/12 | J | C | |
| 81. - Microsoft Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 82. - ML Bank Deposit Program | A | Interest | | | Sold | 04/27/12 | J | A | |
| 83. - Monsanto Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 84. - Occidental Pet Corp | A | Dividend | | | Sold | 06/08/12 | J | D | |
| 85. - Pfizer Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Philip Morris | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 87. - Progressive Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 88. - Sealed Air Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 89. - Texas Instruments | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 90. - Transocean Ltd | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 91. - Wells Fargo & Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 92. | | | | | | | | | |
| 93. Blackrock CDP Mult Muni IV Managed Account (H) | | | | | | | | | |
| 94. - Accenture PLC | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 95. - Aetna Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 96. - Alcoa | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 97. - Allergen Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 98. - Amerisource Bergen Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 99. - Apple Inc | A | Dividend | | | Sold | 08/01/12 | J | C | |
| 100. - Applied Material Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 101. - Assurant Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 102. - AT&T | A | Dividend | | | Sold | 06/08/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Baidu Inc ADR | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 104. - Berkshire Hathaway CL B | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 105. - BG Group PLC | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 106. - BHP Billiton Ltd | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 107. - Biogen Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 108. - Blackrock NJ Muni Bond Fund | A | Dividend | | | Sold | 06/08/12 | K | B | |
| 109. - Bristol-Myers Squibb Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 110. - CA Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 111. - Canon Inc ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 112. - Capital One Financial | A | Dividend | | | Sold | 01/31/12 | J | A | |
| 113. - Cardinal Health Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 114. - CBRE Group Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 115. - CBS Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 116. - Check Point Software Tech | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 117. - Chevron Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 118. - Chubb Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 119. - Coach Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - ConocoPhillips | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 121. - Corning Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 122. - Coventry Health Care Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 123. - Cummins Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 124. - Danaher Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 125. - Dell Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 126. - Discover Financial Services | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 127. - Dow Chemical Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 128. - Eaton Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 129. - Edison Int'l | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 130. - Eli Lilly & Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 131. - Exxon Mobil Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 132. - Fluor Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 133. - Gannett Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 134. - Gap Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 135. - General Electric | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 136. - General Dynamics Corp | A | Dividend | | | Sold | 06/08/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Google Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 138. - Halliburton Company | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 139. - Health Net Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 140. - Home Depot Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 141. - HSBC HLDG PLC | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 142. - Humana Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 143. - Intel Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 144. - Int'l Paper Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 145. - ISA CIT Bank | A | Interest | | | Sold | 04/18/12 | J | A | |
| 146. - iShares MSCI EAFE Index Fund (Y) | | | | | | | | | |
| 147. - iShares S&P 500 Value Index Fund (Y) | | | | | | | | | |
| 148. - JPMorgan Chase & Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 149. - Kroger Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 150. - L-3 Communications | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 151. - Estee Lauder Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 152. - Limited Brands Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 153. - Lockheed Martin Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Lorillard Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 155. - LVMH Moet Hennessy ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 156. - Macys Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 157. - Marathon Oil Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 158. - McDonalds Corp | A | Dividend | | | Sold | 08/01/12 | J | B | |
| 159. - Mead Johnson Nutrition | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 160. - MeadWestvaco | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 161. - Mitsubishi CP Sponsored ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 162. - ML Bank Deposit Program | A | Interest | | | Sold | 04/18/12 | J | A | |
| 163. - Monmouth County NJ Rev 5% Oct01 14 (Y) | | | | | | | | | |
| 164. - Monsanto Co | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 165. - Montgomery TWP BJ Brd Ed 5% Apr01 17 (Y) | | | | | | | | | |
| 166. - Morris Cnty NJ Rev 4.5% Aug15 20 (Y) | | | | | | | | | |
| 167. - Morristown NJ 4% Mar01 19 (Y) | | | | | | | | | |
| 168. - Motorola Solutions Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 169. - Murphy Oil Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 170. - National-Oilwell Varco Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Nestle SA ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 172. - NJ Environmental Infrastructure SER A 4% Sep01 21 (Y) | | | | | | | | | |
| 173. - NJ St Edl Facs Rev 5% Jul01 15 (Y) | | | | | | | | | |
| 174. - NJ St Transn Auth 5% Jun15 21 (Y) | | | | | | | | | |
| 175. - Nike Inc | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 176. - Northrop Grumman Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 177. - O'Reilly Automotive Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 178. - Occidental Pet Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 179. - Omnicare Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 180. - Parker Hannifin Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 181. - Pfizer Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 182. - Port Auth NY & NJ 5% Aug15 23 (Y) | | | | | | | | | |
| 183. - PPG Industries Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 184. - Praxair Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 185. - Precision Castparts | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 186. - Priceline Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 187. - Prudential Financial Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Prudential Plc ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 189. - Qualcomm Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 190. - Raytheon Co | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 191. - Rio Tinto Plc ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 192. - Royal Dutch Shell Plc ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 193. - Ryder System Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 194. - SAP AG | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 195. - Siemens AG ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 196. - Southwest Airlines Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 197. - Sprint Nextel Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 198. - Starbucks Corp | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 199. - Starwood Hotels and Resorts | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 200. - Tiffany & Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 201. - Time Warner Cable Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 202. - Time Warner Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 203. - TJX Inc | A | Dividend | | | Sold | 06/08/12 | J | C | |
| 204. - Total SA ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Tyco Intl Ltd | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 206. - Unilever | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 207. - Union Pacific Corp | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 208. - UnitedHealth Group | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 209. - Unum Group | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 210. - US Bancorp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 211. - Valero Energy Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 212. - Visa Inc | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 213. - Vodafone PLC ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 214. - Volkswagen ADR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 215. - Walgreen Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 216. - Wellpoint Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 217. - Wells Fargo & Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 218. - Western Union | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 219. - Wynn Resorts Ltd | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 220. - Yum Brands Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Lord Abbett Large Cap Managed Account (H) | | | | | | | | | |
| 223. - Anadarko Pet Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 224. - Apache Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 225. - AT&T | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 226. - Barrick Gold Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 227. - Bristol Myers Squibb | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 228. - Carnival Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 229. - Caterpillar Inc | A | Dividend | | | Sold | 12/12/12 | J | B | |
| 230. - Chevron Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 231. - Cigna Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 232. - Cisco Systems Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 233. - Citigroup Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 234. - Cliffs Natural Resources | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 235. - Colgate Palmolive | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 236. - Comcast Corp | A | Dividend | | | Sold | 12/12/12 | J | A | |
| 237. - Corning | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 238. - CVS Caremark Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Devon Energy corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 240. - Walt Disney Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 241. - Dow chemical Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 242. - EMC Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 243. - Eaton Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 244. - El Paso Corp | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 245. - Emerson Elec | A | Dividend | | | Sold | 12/12/12 | J | A | |
| 246. - Exxon Mobil Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 247. - Ford Motor Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 248. - General Electric | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 249. - Goldman Sachs Group | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 250. - Hertz Global Holdings | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 251. - Hess Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 252. - Hewlett Packard Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 253. - HSN Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 254. - Hyatt Hotels Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 255. - Intel Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Intl Paper Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 257. - ISA CIT Bank | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 258. - Johnson & Johnson (Y) | | | | | | | | | |
| 259. - JPMorgan Chase | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 260. - Marathon Oil | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 261. - Marriott Intl | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 262. - Merck & Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 263. - MetLife Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 264. - Microsoft Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 265. - ML Bank Deposit Program | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 266. - Morgan Stanley | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 267. - Omnicom Group | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 268. - Pepsico Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 269. - Pfizer Inc | A | Dividend | | | Sold | 06/08/12 | J | B | |
| 270. - Philip Morris Intl Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 271. - PNC Financial Services Group (Y) | | | | | | | | | |
| 272. - PPL Corporation | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Proctor & Gamble Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 274. - Progress Energy Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 275. - Prudential Financial Inc (Y) | | | | | | | | | |
| 276. - Schlumberger Ltd | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 277. - Southern Company | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 278. - Suncor Energy Inc | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 279. - Suntrust Banks | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 280. - Target Corp (Y) | | | | | | | | | |
| 281. - Teva Pharma (Y) | | | | | | | | | |
| 282. - Texas Instruments | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 283. - The Mosaic Company | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 284. - Time Warner Cable | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 285. - Travelers | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 286. - United States STL Corp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 287. - United Techs Corp (Y) | | | | | | | | | |
| 288. - UnitedHealth Group | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 289. - Valero Energy | A | Dividend | | | Sold | 06/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Verizon Communications | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 291. - Wells Fargo & Co | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 292. - Zions Bancorp | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 293. | | | | | | | | | |
| 294. IRA #1 (H) | | | | | | | | | |
| 295. - American Funds Balanced Fund | A | Dividend | J | T | | | | | |
| 296. - Blackrock Global Allocation | A | Dividend | K | T | | | | | |
| 297. - FIA Card Services | A | Interest | | | Sold | 04/18/12 | J | A | |
| 298. | | | | | | | | | |
| 299. ML Bank Deposit Program (cash account) | A | Interest | | | Sold | 04/18/12 | J | A | |
| 300. Diane Containerships Inc NPV (Y) | | | | | | | | | |
| 301. Inergy L.P. (Y) | | | | | | | | | |
| 302. Lexington Realty Trust REIT (Y) | | | | | | | | | |
| 303. Safe Bulkers Inc (Y) | | | | | | | | | |
| 304. Stag Industrials, Inc.(Y) | | | | | | | | | |
| 305. | | | | | | | | | |
| 306. (H) Brokerage Account #1 (44) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Clearbridge Tactical Dividend Income Fund | A | Dividend | L | T | Buy | 11/21/12 | L | | |
| 308. -Mainstay Epoch Global Equity Yield Fund | A | Dividend | L | T | Buy | 07/26/12 | L | | |
| 309. -Principal Investors Preferred Securities Fund | A | Dividend | L | T | Buy | 07/26/12 | L | | |
| 310. -RS Floating Rate Fund | A | Dividend | L | T | Buy | 09/04/12 | L | | |
| 311. -Thornburg Income Builder Fund | A | Dividend | M | T | Buy | 07/31/12 | M | | |
| 312. -Legg Mason Clearbridge Tactical Dividend Income | A | Dividend | K | T | Buy | 01/20/12 | K | | |
| 313. | | | | | | | | | |
| 314. (H) Brokerage Account #2 (45) | | | | | | | | | |
| 315. -iShares Trust Core S & P Mid-Cap ETF | A | Dividend | K | T | Buy | 07/26/12 | K | | |
| 316. -iShares Trust Russell 2000 Index Fund | A | Dividend | K | T | Buy | 07/26/12 | K | | |
| 317. -Vanguard Dividend Appreciation ETF | A | Dividend | K | T | Buy | 07/26/12 | K | | |
| 318. -Vanguard Mega Cap ETF | A | Dividend | K | T | Buy | 06/12/12 | K | | |
| 319. -Vanguard High Dividend Yield ETF | A | Dividend | K | T | Buy | 06/12/12 | K | | |
| 320. -Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Buy | 07/26/12 | K | | |
| 321. -Vanguard Index FDS S & P 500 ETF | A | Dividend | K | T | Buy | 07/26/12 | K | | |
| 322. -Vanguard Index Funds Vanguard Growth ETF | A | Dividend | K | T | Buy | 07/26/12 | K | | |
| 323. -Vanguard Index Funds Vanguard Growth ETF | A | Dividend | K | T | Buy | 07/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | | | | | |
| 325. (H) Brokerage Account #3 (41) | | | | | | | | | |
| 326. -iShares Trust Core S & P Mid-Cap ETF | A | Dividend | K | T | Buy | 8/1/2012 | K | | |
| 327. -iShares Trust Russell 2000 Index Fund | A | Dividend | K | T | Buy | 8/1/2012 | K | | |
| 328. -Vanguard Dividend Appreciation ETF | A | Dividend | K | T | Buy | 8/1/2012 | K | | |
| 329. -Vanguard Mega Cap ETF | A | Dividend | K | T | Buy | 06/12/12 | K | | |
| 330. -Vanguard High Dividend Yield ETF | A | Dividend | K | T | Buy | 06/12/12 | K | | |
| 331. -Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Buy | 8/1/2012 | K | | |
| 332. -Vanguard Index FDS S & P 500 ETF | A | Dividend | L | T | Buy | 8/1/2012 | L | | |
| 333. -Vanguard Index Funds Vanguard Growth ETF | A | Dividend | K | T | Buy | 8/1/2012 | K | | |
| 334. -Vanguard Total Stock Mkt ETF | A | Dividend | L | T | Buy | 8/1/2012 | L | | |
| 335. | | | | | | | | | |
| 336. (H) Brokerage Account #4 (40) | | | | | | | | | |
| 337. -JP Morgan Income Builder Class C | A | Dividend | L | T | Buy | 08/01/12 | L | | |
| 338. -Principal Global Diversified Income Fund | A | Dividend | L | T | Buy | 08/02/12 | L | | |
| 339. -Thornburg Income Builder Fund | A | Dividend | K | T | Buy | 08/02/12 | K | | |
| 340. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. (H) Brokerage Account #5 (52) | | | | | | | | | |
| 342. -FMI Large Cap Fund | A | Dividend | K | T | Buy | 05/18/12 | K | | |
| 343. -iShares MSCI EAFE Index Fund | A | Dividend | J | T | Buy | 09/18/12 | J | | |
| 344. -John Hancock Disciplined Value Mid Cap Fund | A | Dividend | J | T | Buy | 05/18/12 | J | | |
| 345. -Mainstay ICAP International Fund | A | Dividend | K | T | Buy | 05/18/12 | K | | |
| 346. -Manning & Napier Fund World Opportunities SRS | A | Dividend | K | T | Buy | 05/18/12 | K | | |
| 347. -Prudential Jennison Mid-Cap Growth Fund | A | Dividend | K | T | Buy | 05/18/12 | K | | |
| 348. -RiverPark/Wedgewood Retail Fund | A | Dividend | K | T | Buy | 05/18/12 | K | | |
| 349. -SPDR S & P 500 ETF | A | Dividend | K | T | Buy | 05/18/12 | K | | |
| 350. -JP Morgan Core Bond Fund | A | Dividend | J | T | Buy | 05/18/12 | J | | |
| 351. -SPDR Barclays 1-3 Month T-Bill ETF | A | Dividend | J | T | Buy | 11/13/12 | J | | |
| 352. -Franklin Templeton Global Bond Fund | A | Dividend | J | T | Buy | 05/18/12 | J | | |
| 353. -Vanguard Bond Index Fund Inc. Total Bond Mkt ETF | A | Dividend | K | T | Buy | 05/18/12 | K | | |
| 354. -Virtus Multi-Sector Short Term Bond Fund | A | Dividend | J | T | Buy | 05/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Waldor, Cathy L. | 06/17/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy L. Waldor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544